MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 7-16-2026

Mr. Nieves is allowed to maintain his employment at Aptive Environment.


# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(914) 841-3000
E-MAIL: DKB@DAVIDBERTAN.COM


July 15, 2026

**Via ECF**

Hon. Valerie Figueredo, United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: USA v. Miguel Nieves
26-cr-299 (CM)

Dear Judge Figueredo:

I am writing to request a clarification of one of the conditions of Mr. Nieves' bond. The condition at issue is the one requiring him to "maintain employment". As the pre-trial report shows, Mr. Nieves works for Aptive Environmental, a pest control company in Hawthorne, NY. Mr. Nieves' job requires him to travel to various locations in Westchester to perform extermination services.

At this time, the Pre-Trial Services Officer assigned to monitor Mr. Nieves told him that he cannot go to work because his job requires him to be in different locations every day. If the officer does not allow Mr. Nieves to travel to the locations that require pest removal, he will lose his job.

I have spoken with the Government: there is no objection to Mr. Nieves continuing his current employment status as a pest removal specialist at various locations. Accordingly, I am asking that you clarify for Pre-Trial Services that Mr. Nieves is permitted to continue to perform services for Aptive's clients at the client's location.

Very truly yours,

David K. Bertan

DKB
cc: AUSAs Christy Slavik and Joseph Stern (via ECF)
Pre-Trial Officer Taelor Nisbeth (via email)