**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

**UNITED STATES OF AMERICA,**

**-against-**

**MIGUEL NIEVES,**

**Defendant.**

-----------------------------------------------------------X

**ORDER**
**26-CR-299 (CM)**

Upon the written application of David K. Bertan, Esq., dated November 11, 2026, and with the consent of Miguel Nieves, as represented by Mr. Bertan, it is hereby

ORDERED, that Mr. Bertan is granted leave to delegate substantive tasks in connection with his representation of Mr. Mr. Nieves in the above-captioned case to Jeff Lee, Esq., pursuant to Rule VIII (A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (2005) and the Criminal Justice Act Mentoring Program of the Southern District of New York, *nunc pro tunc* to the date of Mr. Lee's first involvement with this matter on September 1, 2026.

As per the Criminal Justice Act Mentoring Program, Mr. Lee may bill his time on the case at a rate of $103.00 per hour, after completing 10 hours of *pro bono* work on the case.

DATED: New York, New York
November 23, 2026

So Ordered:

Hon. Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11-24-26